Certificate Number: 15317-MSN-DE-020532448

Bankruptcy Case Number: 08-13596



15317-MSN-DE-020532448

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 19, 2013</u>, at <u>9:05</u> o'clock <u>AM PDT</u>, <u>Cora Williams</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Mississippi</u>.

Date:   March 19, 2013         By:   /s/John Dayo

                               Name: John Dayo

                               Title: Counselor